UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREAT CHINA MANIA HOLDINGS,
INC., a Florida Corporation; HUANG
JIAN NAN, a nonresident; ZENG ZHI
JIAN, a nonresident; and TAM KIN
PONG, a nonresident,

     Plaintiffs,

v.

CMF INVESTMENTS, INC., a Florida
Corporation; EIGER INVESTMENTS,
INC., a Foreign Corporation; PRISM
CAPITAL, INC., a Foreign Corporation;
and SEO GROUP CONSULTANTS,
INC., a Foreign Corporation;
SCOTTSDALE CAPITAL ADVISORS,
an Arizona Corporation; ALPINE
SECURITIES, a Utah Corporation; and
APEX CLEARING CORPORATION, a
Texas Corporation,

     Defendants.

Case No. 3:12-cv-01042-TJC-TEM

## NOTICE OF SETTLEMENT

Plaintiffs, GREAT CHINA MANIA HOLDINGS, INC., HUANG JIAN NAN, ZENG ZHI JIAN AND TAM KIN PONG, and Defendants, EIGER INVESTMENTS, INC., PRISM CAPITAL, INC. AND SEO GROUP CONSULTANTS, INC., notify the Court that they have settled this action and are in the process of performance regarding the same. Upon performance, the parties shall file a stipulated dismissal with the Court as to said parties.

October 31, 2012

Respectfully Submitted,


/s/ Louis M. Ursini, III_____
LOUIS M. URSINI, III, ESQ.
Florida Bar No. 0355940
ADAMS and REESE, LLP
101 East Kennedy Boulevard,
Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile:  (813) 227-5636
louis.ursini@arlaw.com
Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.


/s/ Louis M. Ursini, III



**Faun Marie Phillipson**
Phillipson & Uretsky, LLP
8th Floor
111 Broadway
New York, NY 10006
212/571-1255
Fax: 212/571-1167

**Jonathan Uretsky**
Phillipson & Uretsky, LLP
8th Floor
111 Broadway
New York, NY 10006
212/571-1255
Fax: 212/571-1167
Email: uretsky@phillipson-uretsky.com


**Rachel M. LaMontagne**
Law Offices of Rachel M. LaMontagne, PA
Suite 2009
175 SW 7th Str
Miami, FL 33130
305-662-4323
Fax: 305-662-4326
Email: rlamontagne@rmllawfirm.com