UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GREAT CHINA MANIA HOLDINGS, INC., a Florida Corporation; HUANG JIAN NAN, a nonresident alien; ZENG ZHI JIAN, a nonresident alien; and TAM KIN PONG, a nonresident alien,<br><br>    Plaintiffs,<br><br>v.<br><br>CMF INVESTMENTS, INC., a Florida Corporation; EIGER INVESTMENTS, INC., a Foreign Corporation; PRISM CAPITAL, INC., a Foreign Corporation;  and SEO GROUP CONSULTANTS, INC., a Foreign Corporation; SCOTTSDALE CAPITAL ADVISORS, an Arizona Corporation; ALPINE SECURITIES, a Utah Corporation; and APEX CLEARING CORPORATION, a Texas Corporation,<br><br>    Defendants. | Case No. 3:12-cv-1042-J-32TEM |

## **STIPULATED ORDER**

**THIS CAUSE** comes before the Court for consideration on the Motion to Transfer and Stay (DE 13) filed by Defendant, CMF INVESTMENTS, INC. The Plaintiffs, GREAT CHINA MANIA HOLDINGS, INC., HUANG JIAN NAN, ZENG ZHI JIAN, AND TAM KIN PONG, and Defendant, CMF INVESTMENTS, INC. have resolved the subject motion and stipulate to the entry of this Order.  Accordingly, it is hereby:

ORDERED AND ADJUDGED that the Plaintiffs claims as to Defendant, CMF INVESTMENTS, INC., are hereby dismissed without prejudice with each party bearing their own fees and costs with respect to said claims; the motions related to plaintiffs and

defendant CMF Investments, Inc. (Docs. 13, 29) are terminated as moot. This Order shall not have any impact on any of the remaining claims Plaintiffs maintain in this action against the remaining Defendants.

**DONE** and **ORDERED** in Jacksonville, Florida, this 8th day of November 2012.

TIMOTHY J. CORRIGAN
United States District Judge

Copies furnished to:
All Counsel of Record
All *Pro Se* Parties