UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GREAT CHINA MANIA HOLDINGS, INC., a Florida Corporation; HUANG JIAN NAN, a nonresident alien; ZENG ZHI JIAN, a nonresident alien; and TAM KIN PONG, a nonresident alien,<br><br>    Plaintiffs,<br><br>v.<br><br>CMF INVESTMENTS, INC., a Florida Corporation; EIGER INVESTMENTS, INC., a Foreign Corporation; PRISM CAPITAL, INC., a Foreign Corporation; and SEO GROUP CONSULTANTS, INC., a Foreign Corporation; SCOTTSDALE CAPITAL ADVISORS, an Arizona Corporation; ALPINE SECURITIES, a Utah Corporation; and APEX CLEARING CORPORATION, a Texas Corporation,<br><br>    Defendants. | Case No. 3:12-cv-01042-TJC-TEM |

## STATUS REPORT

Pursuant to this Court's order (DE 33) and the Order Dismissing Defendant, CMF Investments, Inc. (DE 32), the Plaintiffs, GREAT CHINA MANIA HOLDINGS, INC., HUANG JIAN NAN, ZENG ZHI JIAN, AND TAM KIN PONG, hereby notify the Court of its resolution and stipulation with the remaining primary defendants, EIGER INVESTMENTS, INC., PRISM CAPITAL, INC., and SEO GROUP CONSULTANTS, INC., per the attached executed dismissal by said defendants. As previously recognized by the Court, no affirmative relief was sought in this action against the remaining

brokerage firm defendants who were only named for jurisdictional purposes related to the Plaintiffs claims for injunctive relief. Accordingly, this case may be closed[1].

February 1, 2013.

Respectfully Submitted,

/s/ Louis M. Ursini, III
LOUIS M. URSINI, III, ESQ.
Florida Bar No. 0355940
ADAMS and REESE, LLP
101 East Kennedy Boulevard,
Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile: (813) 227-5636
louis.ursini@arlaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2013 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Louis M. Ursini, III

---

[1] Nothing in this filing shall be considered a waiver or release of any of the Plaintiffs rights and remedies being litigated with Defendant, CMF Investments, Inc., in the pending action in the Southern District Court of New York.

**Faun Marie Phillipson**
Phillipson & Uretsky, LLP
8th Floor
111 Broadway
New York, NY 10006
212/571-1255
Fax: 212/571-1167


**Jonathan Uretsky**
Phillipson & Uretsky, LLP
8th Floor
111 Broadway
New York, NY 10006
212/571-1255
Fax: 212/571-1167
Email: uretsky@phillipson-uretsky.com


**Rachel M. LaMontagne**
Law Offices of Rachel M. LaMontagne, PA
Suite 2009
175 SW 7th Str
Miami, FL 33130
305-662-4323
Fax: 305-662-4326
Email: rlamontagne@rmllawfirm.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREAT CHINA MANIA HOLDINGS,
INC., et al.,

    Plaintiffs,

v.

CMF INVESTMENTS, INC., et al.,

    Defendants.

Case No. 3:12-cv-01042-TJC-TEM

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs, GREAT CHINA MANIA HOLDINGS, INC., HUANG JIAN NAN, ZENG ZHI JIAN AND TAM KIN PONG, and Defendants, EIGER INVESTMENTS, INC., PRISM CAPITAL, INC. AND SEO GROUP CONSULTANTS, INC., hereby stipulate and jointly move for entry of a dismissal with prejudice as to said Defendants only and with each party bearing their own fees and costs in connection herewith.

Great China Mania Holdings, Inc.

By: _____
Its: _____

Huang Jian Nan

_____

Tam Kin Pong

_____

Zeng Zhi Jian

_____

Eiger Investments, Inc.
By: Mark Zuinga
Its: President

Prism Capital, Inc.
By: Mark Zuinga
Its: President

SEO Group Consultants, Inc.
By: Curtis Young
Its: President