**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GREAT CHINA MANIA HOLDINGS, INC.,
etc., et al.,

                Plaintiffs,

vs.                                         Case No. 3:12-cv-1042-J-32TEM

CMF INVESTMENTS, INC., etc., et al.,

                Defendants.

## ORDER

Pursuant to plaintiffs' status report and attached stipulation (Doc. 34), plaintiffs' claims against defendants Eiger Investments, Inc., Prism Capital, Inc. and SEO Group Consultants, Inc. are dismissed with prejudice, the parties to bear their own costs and fees. Plaintiffs are voluntarily dismissing their claims against the brokerage firm defendants Scottsdale Capital Advisors, Alpine Securities, and Apex Clearing Corporation, which defendants have never appeared. Those three defendants are therefore dismissed from this case without prejudice. As plaintiffs' claims against the only other named defendant, CMF Investments, Inc., have already been dismissed without prejudice (and are now being litigated in the Southern District of New York, according to plaintiffs), there are no other pending matters left for this Court and the Clerk may therefore close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of February, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record